DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELYHAU HADAD**,
Appellant,

v.

**BOCA RATON REGIONAL HOSPITAL, INC.**
and **ANDREW ROSS, M.D.**,
Appellees.

No. 4D18-2423

[November 21, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502017CA007900XXXXMB.

Daniel T. Welch and Jonathan R. O'Boyle of The O'Boyle Law Firm, P.C., Deerfield Beach, for appellant.

Lauren J. Smith of Peterson Bernard, Stuart, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***